**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| REVOLAR TECHNOLOGY INC.,<br>a Colorado corporation, | § | |
| | § | Case No. ________________ |
| Plaintiff, | § | |
| v. | § | JURY TRIAL DEMANDED |
| OCCLY LLC,<br>a Delaware corporation, | § | |
| Defendant. | § | |

**COMPLAINT**

Plaintiff Revolar Technology Inc. ("Plaintiff" or "Revolar"), for its Complaint with Jury Demand for patent infringement against Defendant Occly LLC ("Defendant" or "Occly"), alleging, based on its own knowledge as to itself and its own actions and based on information and belief as to all other matters, as follows:

**PARTIES**

1. Revolar is a corporation existing under the laws of Colorado with its principal place of business at 1518 Blake Street, Denver, Colorado 80202.

2. On information and belief, Occly is a limited liability company organized under the laws of the State of Delaware with its principal place of business at 2835 North Sheffield Avenue, Suite 217, Chicago, Illinois 60657. Occly can be served with process by serving its agent, The Corporation Trust Company, having the address Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

## JURISDICTION AND VENUE

3. This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 101, *et seq.*

4. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and pendant jurisdiction over the other claims for relief asserted herein.

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b). Upon information and belief, Occly has transacted business in this district and has committed, individually or in concert with others, acts of patent infringement in this district. In addition, Occly resides in this district.

6. Occly is subject to this Court's specific and general personal jurisdiction pursuant to due process and the Delaware Long Arm Statute. Occly has general minimum contacts with this judicial district by being incorporated in this judicial district, by having a place of business in this judicial district, by transacting business within this district—including at least a portion of the infringements alleged herein, by placing infringing products into the stream of commerce with the knowledge or understanding that such products are sold in the State of Delaware—including in this district, and deriving substantial revenue from goods and services provided to individuals in Delaware and in this district. Personal jurisdiction exists over Occly.

## THE TECHNOLOGY AND INTELLECTUAL PROPERTY

7. Revolar has been engaged in the business of, among other things, designing, developing, manufacturing, and distributing personal safety devices.

8. On February 3, 2009, U.S. Patent No. 7,486,194 ("the '194 Patent" or "Asserted Patent") was duly and legally issued by the United States Patent and Trademark Office ("USPTO")

for an invention entitled "Personal Alarm System for Obtaining Assistance from Remote Recipients." *See* Exhibit A, attached hereto and incorporated by reference in its entirety.

9. The '194 Patent teaches systems and methods for transmitting signals to a recipient, such as a contact, a monitoring center, or rescue or other emergency authorities, from a remote communication device. Specifically, the invention addresses using a triggering key to activate the interface module in the case of an emergency, thereby causing the communication device to transmit a signal to the recipient. The "alarm system" of the Asserted Patent comprises a communication device (such as a cell phone), a triggering key (preferably designed to be easily carried by or attached to a user), and an interface module (which may be combined with or a part of the communication device).

10. Revolar is the owner of the Asserted Patent, with all substantive rights in and to the Asserted Patent, including the sole and exclusive right to prosecute this action and enforce the Asserted Patent against infringers, and to collect damages for all relevant times.

**OCCLY'S INFRINGING CONDUCT**

11. Occly offers a system ("the Occly System") including a mobile application and a panic button device.

12. On information and belief, Occly provides a website (https://www.occlysafety .com/, which is incorporated herein by this reference) through which Occly markets and sells the Occly System. The Occly System includes a panic button device ("the Occly Panic Button Device") that includes an alarm button thereon, as shown below:




*OCCLY Blinc USER GUIDE*, 1, https://www.occlysecurity.com/usermanual (last visited Nov. 19, 2020). Occly sometimes calls the Occly Panic Button Device "Linc" and other times refers to the device as "Blinc."




**OCCLY Linc USER GUIDE**

**FAMILIARIZE YOURSELF WITH THE LINC**

Please refer to the images to the left, and take a moment to familiarize yourself with the Occly Linc.

The Occly System Includes both a Device and Mobile App.

VIDEO DOES NOT APPLY TO iOS

**PREPARING THE LINC FOR USE**

**Step 1:**
Before first use, please ensure you have fully charged your Linc. A charger is included with every Occly Linc and the charging port is located on the bottom left side. Simply pull back the

*OCCLY Linc USER GUIDE*, 1, https://www.occlysafety.com/userguide (last visited Nov. 19, 2020).


Occly™

OCCLY Blinc USER GUIDE

DEVICE



FAMILIARIZE YOURSELF WITH THE BLINC

Please refer to the images to the left, and take a moment to familiarize yourself with the Occly Blinc.

The Occly System Includes both a Device and Mobile App.

PREPARING THE BLINC FOR USE

Step 1:
Before first use, please ensure you have fully charged your Blinc. A charger is included with every Occly Blinc and the charging port is located on the bottom left side. Simply pull back the protective rubber flap and insert the USB char-

*Id.*, *supra*, at 1.

13. The Occly Panic Button Device is used with a mobile application ("the Occly Mobile Application") to form the Occly System.


MOBILE APP



Step 2:
Please visit Google Play Store or Apple App Store to download and install the Occly mobile application. You can find it by searching for "Occly".

Step 3:
Once you have charged the Occly device and downloaded the Occly App, the next step is to pair the Blinc to your phone.

*Id.*, *supra*, at 1. In at least some instances, Occly provides a mobile device with the Occly Mobile Application pre-loaded thereon for use by its customers.




*Site Phones*, https://www.occlysafety.com/blinc-and-linc (last accessed Nov. 19, 2020).

14. The Occly Mobile Application is distributed and/or sold by Occly to users in the United States, including through the Google Play store and the Apple Store.

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| **Updated**<br>October 9, 2019 | **Size**<br>24M | **Installs**<br>1,000+ |
| **Current Version**<br>1.11.14 | **Requires Android**<br>5.1 and up | **Content Rating**<br>Teen<br>Drug Reference<br>Learn More |
| **Interactive Elements**<br>Shares Info, Shares Location | **Permissions**<br>View details | **Report**<br>Flag as inappropriate |
| **Offered By**<br>Occly LLC | **Developer**<br>Visit website<br>support@occly.com<br>Privacy Policy | |

*Occly*, https://play.google.com/store/apps/details?id=com.occly.android (last accessed Nov. 19, 2020).

**Information**

| | |
|---|---|
| Seller | Occly LLC |
| Size | 54.7 MB |
| Category | Lifestyle |
| Compatibility | Requires iOS 10.0 or later. Compatible with iPhone, iPad, and iPod touch. |
| Languages | English |
| Age Rating | 12+<br>Infrequent/Mild Alcohol, Tobacco, or Drug Use or References |
| Location | This app may use your location even when it isn't open, which can decrease battery life. |
| Copyright | © Occly LLC |
| Price | Free |

Developer Website ↗ App Support ↗ Privacy Policy ↗

*Occly*, https://apps.apple.com/us/app/occly/id1185062471 (last accessed Nov. 19, 2020).

15. The Occly Panic Button Device is activated by pressing the panic button twice rapidly on the device. The Occly Panic Button Device syncs to a mobile phone through Bluetooth technology. *See OCCLY Blinc USER GUIDE*, *supra*, at 2. On information and belief, upon receiving the signal from the Occly Panic Button Device, the Occly Mobile Application sends an alert to emergency responders and/or the user's pre-selected list of friends and family.

**EMERGENCY CONTACTS**
The emergency contacts tab allows you to enter up to 3 family members or friends that will automatically be contacted via text message during an alarm. They will be provided with your name, and a link to your current GPS location.

*OCCLY Linc USER GUIDE*, *supra*, at 12.

16. Occly uses, makes, imports, offers to sell, and/or sells the Occly System in the United States, which infringes the Asserted Patent.

17. Specifically, the Occly System infringes at least Claims 37, 38, 39 and 40 of the '194 Patent. An exemplary claim chart showing the Occly System's infringement of Claim 39 of the '194 Patent is provided below.

<table>
<tr><th>Claim 39</th><th>Occly's Infringement</th></tr>
<tr><td>[39p] A personal alarm system comprising:</td><td>The Occly System is a personal alarm system including the Occly Panic Button Device and the Occly Mobile Application. The Occly Panic Button Device may be a Linc device or a Blinc device. See Blinc and Linc, https://www.occlysafety.com/blinc-and-linc (last accessed Nov 19, 2020).<br><br>DEVICE<br>


<br>OCCLY Blinc USER GUIDE, 1, https://www.occlysecurity.com/usermanual (last accessed Nov. 12, 2020).<br><br>MOBILE APP<br>


<br>Id.</td></tr>
</table>

| Claim 39 | Occly's Infringement |
|---|---|
| [**39a**] a communication device for transmitting a signal to a recipient; | The Occly System includes the Occly Mobile Application operating on a communication device, such as a smartphone. The communication device is capable of transmitting an alert to one or more recipients.<br><br>EMERGENCY CONTACT LIST<br>List of contacts that are notified via SMS during an alarm.<br><br>**EMERGENCY CONTACTS**<br>The emergency contacts tab allows you to enter up to 3 family members or friends that will automatically be contacted via text message during an alarm. They will be provided with your name, and a link to your current GPS location.<br><br>*OCCLY Blinc USER GUIDE*, *supra,* at 7, 12.<br><br>In at least some cases, Occly offers phones to its customers with the Occly Mobile Application pre-installed.<br><br><br><br>*See Site Phones*, https://www.occlysafety.com/blinc-and-linc (last accessed Nov. 19, 2020). |

| Claim 39 | Occly's Infringement |
|---|---|
| [**39b**] an interface module in operative communication with the communication device for controlling the communication device, | The Occly System includes the Occly Mobile Application (the interface module) operating on and in operative communication with the communication device.<br><br>**THE OCCLY APP**<br><br>The Occly App is a comprehensive tool that pairs seamlessly with Occly's devices including the Linc. It can also act as a standalone app for clients that may not require a connected device. The app syncs with our Enterprise web portal,making them the ideal combo to tackle your safety issues, risk concerns, and loss investigations. The app includes features such as:<br>• Soft Alarm Button - Simple deployable alarm system for your entire workforce.<br>• Crime Map and Crime Index* - Provides crime levels and crime locations in user areas. Customizable for your business.<br>• Lunch Break - Manage your employees' breaks.<br>• Watch Mode - Used as a home or hotel room alarm system.<br>• Alarm and Device Management - Set, cancel, and view alarms, pair and manage your device including setting device reminders.<br>• Media Control - Record video, images, and remotely access previous alarm media.<br>• Customizable Corporate-Wide Settings Control - Settings can be controlled at the corporate or user level depending on institutional preferences.<br><br>*where available<br><br>*The Occly App*, https://www.occlysafety.com/enterprise-website-and-app (last accessed Nov. 19, 2020).<br><br>The Occly Mobile Application controls the communication device by causing the communication device to transmit a signal when an alarm is activated (e.g., when the user pushes the alarm button on the Occly Panic Button Device).<br><br>"Occly is a mobile safety application specifically designed to work with the Blinc™ wearable safety device. When the application is paired with the Blinc™, it allows the user to send the alarm notification to a contact list or Occly's 24-hour emergency response center." *Occly*, https://apps.apple.com/us/app/occly/id1185062471 (last accessed Nov. 19, 2020). |
| [**39c**] the interface module having a user-programmable memory and a | The Occly Mobile Application (interface module) can store user information (such as the user's Emergency Contacts) in memory. The Occly Mobile Application includes a user interface which allows the user to enter the information. |



PHIL1 9269135v.1

| Claim 39 | Occly's Infringement |
|---|---|
| user interface; and | F. Account Menu<br><br><br>**MY ACCOUNT**<br>Links you to customer web portal.<br>**CHANGE PASSWORD**<br>Change your Occly account password.<br>**FETCH IMAGES**<br>Allows user to fetch image files from Blinc and transfer them to the cloud.<br>**HOMEWATCH™ ADDRESSES**<br>Custom list of addresses used to help locate the user during HomeWatch™ alarms.<br>**EMERGENCY CONTACT LIST**<br>List of contacts that are notified via SMS during an alarm.<br>**LOG OUT**<br>Log out of your account.*<br>**If you log out you will not have access to monitoring and your Blinc will be turned off.*<br><br>**CUSTOMER PORTAL**<br><br>**EMERGENCY CONTACTS**<br>The emergency contacts tab allows you to enter up to 3 family members or friends that will automatically be contacted via text message during an alarm. They will be provided with your name, and a link to your current GPS location.<br><br>To input or update your emergency contacts select the Emergency Contacts tab within the Customer Portal. Input the first and last name of your emergency contact, along with their cell phone number. When you are finished, SELECT SAVE.<br>*OCCLY Blinc USER GUIDE*, *supra*, at 7, 12. |
| [**39d**] a triggering key in operative communication with the interface module for activating the interface module, | The Occly System includes the Occly Panic Button Device (triggering key) that includes an alarm button that causes the Occly Panic Button Device to communicate through Bluetooth with the Occly Mobile Application (interface module) and can cause the Occly Mobile Application to transmit the alert. |



PHIL1 9269135v.1

<table>
<tr><th>Claim 39</th><th>Occly's Infringement</th></tr>
<tr><td></td><td>


<br><br>
See The Occly Solution, https://www.occlysafety.com/ (last accessed Nov. 19, 2020).
<br><br>
The Occly Panic Button Device:


<br>
OCCLY Blinc USER GUIDE, supra, at 1.
</td></tr>
</table>



PHIL1 9269135v.1

| Claim 39 | Occly's Infringement |
|---|---|
| | CUSTOMER PORTAL<br><br>EMERGENCY CONTACTS<br>The emergency contacts tab allows you to enter up to 3 family members or friends that will automatically be contacted via text message during an alarm. They will be provided with your name, and a link to your current GPS location.<br><br>To input or update your emergency contacts select the Emergency Contacts tab within the Customer Portal. Input the first and last name of your emergency contact, along with their cell phone number. When you are finished, SELECT SAVE.<br><br>*Id.* at 12. |
| [**39e**] wherein the triggering key and the interface module respectively include a Bluetooth™ transmitter and a Bluetooth™ receiver for allowing the triggering key to remotely activate the interface module. | The Occly Panic Button Device (triggering key) and the Occly Mobile Application (interface module) are paired and communicate using Bluetooth communication protocols. The Occly Panic Button Device must include a Bluetooth transmitter to be able to transmit the Bluetooth signal to the Occly Mobile Application, and the mobile device running the Occly Mobile Application must likewise include a Bluetooth receiver to be able to receive the Bluetooth signal from the Occly Panic Button Device.<br><br><br><br><br>*See The Occly Solution*, *supra*. |



PHIL1 9269135v.1

| Claim 39 | Occly's Infringement |
|---|---|
| | **PAIRING THE BLINC WITH YOUR PHONE**<br>To pair the Occly Blinc with your phone please follow these instructions:<br>• Turn on the Occly Blinc using the power button to begin the pairing process<br>• Enable Bluetooth on your mobile phone and scan for new devices<br>• The Occly Blinc will show on the available device list as “Occly_XXXX”, with the X’s representing the last 4 characters of your Blinc’s serial located on the back of your Blinc.<br>• Select your Occly Blinc. Make sure it is paired and listed under your paired devices.<br>• Open the Occly mobile application and log in using your email address and password provided during account registration. If you ordered your Blinc at www.occly.com this will be the same user information. If you have not yet created an Occly account, please visit www.occly.com to register or see page 8 for detailed instructions.<br>• Go to menu and select “DEVICE”<br>• Select “PAIR DEVICE”. You will see your Occly Blinc show up on the list of “DEVICES”<br>• Select your Blinc. You should hear a chirp sound telling you that the connection was successful.<br>• On the home screen, you should now have a green shield with the word “Online” next to it to let you know that you are now actively protected by Blinc.<br>• Return to the Home Screen. You should now see a green shield next to the word "Online" in the bottom left.<br>*After the device has completed pairing, your phone will remember your device and pair automatically with the Occly app. If you have difficulty pairing the Blinc or need to pair to another phone please see page 15.*<br><br>*OCCLY Blinc USER GUIDE*, *supra*, at 1, 2. |

**<u>FIRST CLAIM FOR RELIEF</u>**
**(Direct Patent Infringement of U.S. Patent No. 7,486,194**
**in violation of 35 U.S.C. § 271(a))**

18. Revolar incorporates the foregoing paragraphs as if fully set forth herein.

19. Occly made, has made, used, imported, provided, supplied, distributed, sold, and/or offered for sale in the United States the Occly System, which includes the infringing features. The Occly System includes the Occly Mobile Application that can be used on a variety of remote computing devices and gathers and transmits location-specific information. Further, Occly offers mobile phones that come with the Occly Mobile Application pre-installed and are sold together with the Occly Panic Button Device. *See* the exemplary claim chart provided above.

20. By doing so, Occly has directly infringed (literally and/or under the doctrine of equivalents) at least Claims 37, 38, 39, and 40 of the '194 Patent. Occly's infringement in this regard is ongoing and not limited to the representative claim included in the chart.

21. Occly has also directly infringed the Asserted Patent by exercising direction or control over the use of the Occly System by its customers. When Occly's customers download and use the Occly Mobile Application, and/or when Occly's customers purchase the Occly Panic Button Device, Occly is putting the Occly System into service and conditions the benefit received by each customer from using the Occly System (which utilizes the systems and methods taught by the Asserted Patent), such benefit including improved data management across a variety of devices, only if the Occly System is used in the manner prescribed by Occly. Use of the Occly System in such manner infringes the Asserted Patent.

22. Revolar has been damaged as a result of the infringing conduct by Occly alleged above. Thus, Occly is liable to Revolar in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

23. Occly will have knowledge of its infringement as of the date of the filing of this Complaint. After that time, Occly's continued infringement of the Asserted Patent will be willful and intentional and with full knowledge of the existence and validity thereof.

24. The willful and intentional nature of Occly's infringement after the filing of the Complaint will entitle Revolar to an award of treble damages pursuant to 35 U.S.C. § 284, and to an award of its attorneys' fees pursuant to 35 U.S.C. § 285.

25. Revolar will continue to suffer damages and irreparable harm unless Occly is restrained and enjoined by this Court, pursuant to 35 U.S.C. § 283, from further infringement of the Asserted Patent.

**SECOND CLAIM FOR RELIEF**
**(Indirect Patent Infringement of U.S. Patent No. 7,486,194 in violation of 35 U.S.C. §§ 271(b) & (c))**

26. Revolar incorporates the foregoing paragraphs as if fully set forth herein.

27. Occly has also indirectly infringed the Asserted Patent by inducing others to directly infringe the Asserted Patent. Occly has induced the end-users, Occly's customers, to directly infringe (literally and/or under the doctrine of equivalents) the Asserted Patent in the United States by using the Occly System, Occly Panic Button Device, and/or Occly Mobile Application. Occly took active steps, directly and/or through contractual relationships with others, with the specific intent to cause them to use the Occly System, Occly Panic Button Device, and/or Occly Mobile Application in a manner that infringes one or more claims of the Asserted Patent, including, for example, Claims 37, 38, 39, and 40 of the '194 Patent. Such steps by Occly included, among other things, advising or directing customers and end-users to use the Occly System, Occly Panic Button Device, and/or Occly Mobile Application in an infringing manner; advertising and promoting the use of the Occly System, Occly Panic Button Device, and/or Occly Mobile Application in an infringing manner; and/or distributing instructions that guide users to use the accused products in an infringing manner. Occly is performing these steps, which constitute induced infringement, with the knowledge of the Asserted Patent and with the knowledge that the induced acts constitute infringement. Occly is aware that the normal and customary use of the Occly System, Occly Panic Button Device, and/or Occly Mobile Application by Occly's customers infringe the Asserted Patent. Occly's inducement is ongoing.

28. Occly has also indirectly infringed by contributing to the infringement of the Asserted Patent. Occly has contributed to the direct infringement of the Asserted Patent by the end-user of the Occly System, Occly Panic Button Device, and/or Occly Mobile Application in the United States. The Occly System, Occly Panic Button Device, and/or Occly Mobile Application have features that are specially designed to be used in an infringing way and that have no substantial uses other than uses that infringe the Asserted Patent, including, for example, Claims 37, 38, 39, and 40. Specifically, the Occly System, Occly Panic Button Device, and/or Occly Mobile Application includes a panic button device (i.e., the Occly Panic Button Device) that works with the Occly Mobile Application on a user's smartphone to send an emergency signal to predetermined recipients. The Occly Panic Button Device is useless without the user's smartphone and requires these communication devices to send the emergency signal. The Occly Mobile Application includes features such as improved data management across a variety of devices and emergency notification signals that infringe the Asserted Patent. The Occly Panic Button Device's features and the Occly Mobile Application's features constitute a material part of the invention of one or more of the claims of the Asserted Patent and are not staple articles of commerce suitable for substantial non-infringing use. Occly's contributory infringement is ongoing.

29. Occly had knowledge of the Asserted Patent no later than the filing of the Complaint in this action.

30. Occly's actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known by Occly.

31. Occly's indirect infringement of the Asserted Patent after the date of the filing of this Complaint will be willful, intentional, deliberate, and/or in conscious disregard of Revolar's rights under the Asserted Patent.

32. Revolar has been damaged as a result of the infringing conduct by Occly alleged above. Thus, Occly is liable to Revolar in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

33. The willful and intentional nature of Occly's infringement after the filing date of this Complaint will entitle Revolar to an award of treble damages pursuant to 35 U.S.C. § 284, and to an award of its attorneys' fees pursuant to 35 U.S.C. § 285.

34. Revolar will continue to suffer damages and irreparable harm unless Occly is restrained and enjoined by this Court, pursuant to 35 U.S.C. § 283, from further infringement of the Asserted Patent.

## PRAYER FOR RELIEF

Revolar requests that the Court find in its favor and against Occly, and that the Court grant Revolar the following relief:

A. Judgment that one or more claims of the Asserted Patent has been infringed, either literally and/or under the doctrine of equivalents, by Occly;

B. A permanent injunction enjoining Occly and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert therewith from infringement of the Asserted Patent, or, in the alternative, an award of a reasonable ongoing royalty for future infringement of the Asserted Patent by such entities;

C. Judgment that Occly accounts for and pays to Revolar all damages to and costs incurred by Revolar because of Occly's infringing activities and other conduct complained of herein, including an award of all increased damages to which Revolar is entitled under 35 U.S.C. § 284;

D. That this Court declare this an exceptional case and award Revolar its attorneys' fees and costs in accordance with 35 U.S.C. § 285;

E. Pre-judgment and post-judgment interest on the damages caused to it by reason of Occly's infringing activities and other conduct complained of herein; and

F. Such other and further relief as the Court may deem just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Revolar hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: December 18, 2020

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sean M. Brennecke*
Raymond H. Lemisch (Bar No. 4204)
Sean M. Brennecke (Bar No. 4686)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5530
rlemisch@klehr.com
sbrennecke@klehr.com

*Attorneys for Plaintiff Revolar Technology, Inc.*